IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNION PACIFIC RAILROAD COMPANY                               PLAINTIFF

   V.                    Civil No. 05-6028

MARTIN MARIETTA MATERIALS, INC.                              DEFENDANT

## O R D E R

On this 2nd day of February 2006, there comes on for consideration the motion for summary judgment filed by Defendant. (Doc. #13). Having reviewed the pleadings and the evidence on file to include the plaintiff's response and the defendant's reply[1], in the light most favorable to the nonmoving party as required, the court finds that there are issues of fact which preclude summary judgment. Those issues include, but are not limited to, whether Defendant breached its duty of ordinary care owed to Gary Long as an invitee upon Defendant's premises by failing to maintain the premises in a reasonably safe condition and whether Defendant's actions combined with Plaintiff's actions to cause Gary Long's injuries.

Therefore, the motion for summary judgment should be and hereby is DENIED without prejudice to Defendant's right to renew

---

[1] In its reply, Defendant asks the Court to deem admitted the facts contained in Defendant's Statement of Undisputed Material Facts (Doc. 15) as Plaintiff's response was untimely. The Court notes that Plaintiff's response was not timely filed, but the Court has considered all of the pleadings and evidence in connection with this order.

the motion at a later date.

    IT IS SO ORDERED.

                                            <u>/s/ Robert T. Dawson</u>
                                            Honorable Robert T. Dawson
                                            United States District Judge

**AO72A**
**(Rev. 8/82)**