IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNION PACIFIC RAILROAD COMPANY                           PLAINTIFF

v.                      No. 05-CV-6028

MARTIN MARIETTA MATERIALS, INC.                          DEFENDANT

## ORDER

On the 22nd day of February 2006, this matter came on for a two day trial to a duly selected jury consisting of eight members, the Honorable Robert T. Dawson presiding. The case was submitted to the jury on February 23, 2006, on interrogatories and a unanimous verdict was reached:

**INTERROGATORY NO. 1:**

DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT PLAINTIFF'S SETTLEMENT OF $315,000 WITH GARY LONG WAS REASONABLE UNDER THE CIRCUMSTANCES?

  √    YES

_____ NO

**INTERROGATORY NO. 2:**

DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT THERE WAS NEGLIGENCE ON THE PART OF DEFENDANT, WHICH WAS A PROXIMATE CAUSE OF ANY OF GARY LONG'S DAMAGES?

_____ YES

  √    NO

02/23/06                                       Signature of Foreperson

Because the jury found that there was no negligence on the part of Defendant that was a proximate cause of Gary Long's damages, the jury did not reach Interrogatory Number 3 which would have required the jury to apportion responsibility between Plaintiff, Defendant and Gary Long.

IS ORDERED AND ADJUDGED in accordance with the answers to the above interrogatories and jury verdict, that Plaintiff take nothing on its complaint filed herein and the matter is DISMISSED WITH PREJUDICE. Any requests for costs and/or fees should be submitted within 14 days.

Dated this 27th day of February 2006.

                                      /s/Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge